AMBROSE S. MURRAY *v.* RORERT H. BERDELL.— Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

STEPHEN M. OSTRANDER, *Respondent, v.* PAUL MCARDLE, *Appellant,* impleaded with CLEMENTS TRIMBLE.— Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

JOSEPH J. SMITH, *Appellant, v.* THEODORE F. CHERITREE, *Respondent.*— Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

DAVID G. BRYANT, *Respondent, v.* LLOYD STEVENS and others, *Appellants.*— Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

THOMAS A. REITZ *v.* FRANCIS J. REITZ.— Appeal withdrawn.

LUDOVIC BENNETT, *as Executor, etc., Respondent, v.* CHARLES ZUST, *Appellant.*— Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 2, OF THE TOWN OF NEW LOTS, *Appellant, v.* WILLIAM HICKCOX, *Respondent.*— Judgment reversed and new trial granted, costs to abide event. Opinion by GILBERT, J.

MATTER OF MAX HUBNER.— Motion denied.

DEVINE *v.* THE TARRYTOWN AND IRVINGTON GAS LIGHT COMPANY. — Motion granted. DYKMAN, J., not sitting.

D. C. DAVISON *v.* OLIVER BRISBORN.— Motion granted.

CAROLINE J. LIEGEOIS *v.* JOHN MCCRACKEN.— Motion granted.

MARY S. KNEELAND *v.* HANNAH B. MERRITT.— Motion granted.